FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -7 AM 7:10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Chris G Gilkers  #442378                                CIVIL ACTION

VERSUS                                                  NO. 05-841

Burl Cain Warden                                        SECTION "K" (2)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

[ ] a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

[X] a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right.

Date: July 5, 2006

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____